No. 5323.—BERIO, aplte., *v.* DE SANTIAGO, apldo.—C. D. Guayama. ▬▬▬▬▬▬▬ Mayo 19, 1931.

(Por la corte, a propuesta del Juez Asociado Sr. Aldrey.)

Vista la moción del demandante y apelante Gaspar Berio para que sustituyamos en su lugar en este pleito a Antonio Beiró Frau por haberle cedido todo su interés en el mismo, y la oposición a ella del apelado por no aparecer que el cesionario solicite la substitución y que está dispuesto a subrogarse en todas las obligaciones del cedente, no ha lugar a lo solicitado por no estar hecha la petición por la persona que se dice sustituye al apelante.